

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| HIBERNIA ENERGY III, LLC AND TRP MIDLAND LLC, | § | No. 08-21-00092-CV |
|  | § | Appeal from the |
| Appellants, | | |
|  | § | 112th District Court |
| v. | | |
|  | § | of Reagan County, Texas |
| FERAE NATURAE, LLC, | | |
|  | § | (TC# CV02322) |
| Appellee. | | |
|  | § | |

# **O R D E R**

The Court GRANTS the Joint Motion to Reestablish the Appellate Timetable. Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Record shall be filed in this Court on or before September 8, 2021.

IT IS SO ORDERED this 9th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.